UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL WINE,

          Plaintiff,

    v.

MERIT SYSTEMS PROTECTION
BOARD, et al.,

          Defendants.

Case No.  25-cv-03336-JCS

**ORDER RE PLAINTIFF'S
SEPTEMBER 12, 2025 LETTER**

Re: Dkt. No. 47

Plaintiff has filed a letter demanding an immediate ruling on his motion for declaratory judgment and injunctive relief, asserting that briefing by the parties "negat[es]" the need to hold the hearing the Court has scheduled for October 15, 2025.  Pursuant to Civil Local Rule 7-1(b), "[i]n the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument . . . ."  Based on its preliminary review of the extensive briefing on Plaintiff's motion and the three pending motions to dismiss, the Court declines to exercise its discretion to vacate the motion hearing at this time.

    **IT IS SO ORDERED.**

Dated:  September 18, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California