UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL WINE, | Case No. 25-cv-03336-JCS |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| MERIT SYSTEMS PROTECTION BOARD, et al., | Re: Dkt. No. 71 |
| Defendants. | |

On June 2, 2026, almost eight months after the Court entered judgment in this case, Plaintiff filed a motion to reopen the case to allow him to assert a challenge to a recent decision by the Merit System Protection Board ("MSPB") in an administrative action that he claims was improperly bifurcated from the administrative action that was challenged in this case. Dkt. no. 69. The Court denied the motion, dkt. no. 70, and Plaintiff now brings a motion for reconsideration of that order. Dkt. no. 71 ("Motion"). The Motion is DENIED.

Under Rule 60(b), which applies after the Court has entered judgment in a case, the court may grant reconsideration based on: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. Fed. R. Civ. P. 60(b). The last prong is "used sparingly as an equitable remedy to prevent manifest injustice and is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." *Delay v. Gordon*, 475 F.3d 1039, 1044 (9th Cir. 2007).

Plaintiff has not established that reconsideration of its decision to deny his request to reopen the case is warranted on any of the grounds under Rule 60(b). As previously stated, to the

extent that Plaintiff seeks to challenge this new MSPB decision, he may do so by filing a new action. Furthermore, once filed, that case may, in the Court's discretion, be related to this one if the Court determines that relating the cases is in the interest of judicial economy.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge